UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARRISON,<br><br>      Petitioner,<br><br>      v.<br><br>B. BIRKHOLZ,<br><br>      Respondent. | Case No. 2:24-11146 VBF (ADS)<br><br><br>ORDER ACCEPTING<br>REPORT AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. Nos. 1, 2), Respondent's Motion to Dismiss (Dkt. No. 15), Petitioner's opposition to the Motion to Dismiss (Dkt. No. 21), Respondent's reply in support of the Motion to Dismiss (Dkt. Nos. 22, 38), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 45), and Petitioner's objection to the Report and Recommendation (Dkt. No. 47).  The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections were made.  The Court overrules the objections and accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted (Dkt. No. 45);

2. The Motion to Dismiss is granted (Dkt. No. 15);

3. This action is dismissed without prejudice; and

4. Judgment is to be entered accordingly.

Date:  March 26, 2026

_____

THE HON. VALERIE BAKER FAIRBANK
Senior United States District Judge