JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL HARRISON,

                Petitioner,

                v.

B. BIRKHOLZ,

                Respondent.

Case No. 2:24-11146 VBF (ADS)

JUDGMENT

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges this action dismissed without prejudice.

Date: March 26, 2026

_____
THE HON. VALERIE BAKER FAIRBANK
Senior United States District Judge